UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 3:16-CV-0190-LRH (VPC) | |
| ) | | |
| Plaintiff, ) | **ORDER** | |
| ) | | |
| vs. ) | March 27, 2017 | |
| ) | | |
| $189,990.00 IN U.S. CURRENCY, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| ) | | |
| STEVEN MICHAEL PHILLIPS, ) | | |
| ) | | |
| Claimant. ) | | |
| ) | | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 17, 2017, this court granted *in its entirety* the United States' motion to compel responses to interrogatories and for production of documents (ECF No. 31). The motion included a request to recover reasonable expenses in making the motion (ECF No. 23). While the court did not specifically award fees at the January 17 hearing, Fed.R.Civ.P. Rule 37(a)(5)(A) provides for the recovery of attorney's fees in connection with a discovery motion. Following the hearing, the United States filed a declaration of fees and expenses associated with the discovery deficiencies and motion to compel (ECF No. 32). No response or objection to the declaration was filed. Therefore,

**IT IS ORDERED** that the United States' request for an award of fees (ECF No. 32) is **GRANTED** in the amount of $2,375.00 against the claimant, Steven Michael Phillips, and his attorney, Anthony J. Feldstein, jointly and severally. The amount of $2,375.00 shall payable to the United States and delivered to its counsel on or before **Friday, April 28, 2017**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk